UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL BURNETT, ) | |
| ) | |
| Plaintiff, ) | 2:08-cv-1335-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| TUFGUY PRODUCTIONS, INC., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was referred to the undersigned Magistrate Judge on the Declaration of Vanda Youssefian Re: Order to Show Cause (#103) requesting a continuance of the show cause hearing or alternatively to allow a telephonic appearance.

The Court having reviewed the Declaration (#103) and good cause appearing therefore,

IT IS HEREBY ORDERED that the request to continue the show cause hearing or alternatively to allow a telephonic appearance contained in the Declaration (#103) is **DENIED**.

IT IS FURTHER ORDERED that the Show Cause hearing shall proceed as scheduled on October 8, 2010, at 11:15 AM pursuant to the Court's Order (#99).

DATED this  6th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge