# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Michael Burnett

**JUDGMENT IN A CIVIL CASE**

V.

Tufguy Productions, Inc. et al

Case Number: 2:08-cv-01335-GMN -RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that attorney's fees are awarded to Defendants Tufguy Productions, Inc., Ultimate Fighting Productions, LLC, and Zuffa, Inc. in the amount of $52,996.00.

| July 8, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Erin Smith |
| | (By) Deputy Clerk |