KEITH A. WEAVER
Nevada Bar No. 10271
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
E-Mail: weaver@lbbslaw.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC")*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BURNETT,<br><br>  Plaintiff,<br><br>v.<br><br>TUFGUY PRODUCTIONS, INC.;<br>ULTIMATE FIGHTING PRODUCTIONS, LLC; ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP; and NATIONAL UNION FIRE INSURANCE COMPANY, INC.; DOES 1-V, ROES I-V, and MOES I-V,<br><br>  Defendants. | CASE NO. 2:08-cv-01335-GMN-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Having reached a settlement, the parties hereby stipulate that this matter be dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this 28th day of September, 2011.

By: /s/ Keith A. Weaver
  Keith A. Weaver
  Nevada Bar No. 10271
  6385 South Rainbow Blvd., Suite 600
  Las Vegas, Nevada 89118
  *Attorneys for National Union Fire Insurance Company of Pittsburgh, PA ("NUFIC")*



4837-0182-0939.2

1  By  /s/ D. Mitchell Garrett, Jr., Esq.
2       D. Mitchell Garrett, Jr., Esq.
        GARRETT LAW OFFICE, P.C.
3       401 S Boston Ave, STE 2201
        Tulsa, OK  74103
4       *Attorneys for Plaintiff*

**IT IS SO ORDERED** this 29th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge



4837-0182-0939.2                                   2